UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYANNE CARVALHO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:21-cv-01099 CKD (SS)<br><br><br>ORDER |

　　　　Plaintiff is proceeding through counsel. Plaintiff has filed an in forma pauperis affidavit in which she states that her spouse's monthly gross income is $6,470.00

　　　　Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $52.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a).

　　　　In her application, plaintiff lists zero dependents. Her household's annual income is roughly $77,000.00. According to the 2020 federal poverty guidelines issued by the U.S. Department of Health and Human Services (HHS), a family of two with a yearly income of $77,000.00 is earning more than four times the poverty rate. Plaintiff's household income shows

that plaintiff is able to pay the filing fee and costs.  Thus, plaintiff has made an inadequate showing of indigence.  See <u>Alexander v. Carson Adult High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993); <u>California Men's Colony v. Rowland</u>, 939 F.2d 854, 858 (9th Cir. 1991); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis (ECF No. 3) is denied.  Plaintiff is granted fourteen days in which to submit the appropriate fees to the Clerk of the Court.  Plaintiff is cautioned that failure to pay the filing and general administrative fees in the amount of $402 will result in a recommendation that the instant action be dismissed without prejudice.

Dated:  June 29, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / carvalho1099.ifp.den