UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYANNE CARVALHO,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No:  2:21-cv-01099-CKD<br><br>ORDER<br>EXTENDING TIME |

Pursuant to the parties' joint stipulation (ECF No. 19) and for good cause shown, the Court orders and decrees that the parties shall have an extension of time in which to submit Plaintiff's Motion for Summary Judgment on November 11, 2022, with all subsequent deadlines per the Court's procedural orders extended accordingly.

Dated:  October 17, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-1-