PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARLA K. LETELLIER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4858
    Facsimile: (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHEYANNE CARVALHO,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-01099-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended thirty (30) days from December 27, 2022, up to and including January 26, 2023. This is the Defendant's first request for an extension on the deadline to file her Motion for Summary Judgment.

    Defendant respectfully requests this extension due to workload issues that have been exacerbated due to various personal issues, such as Counsel for Defendant being unexpectedly out of the office after her son fell at school and broke his arm. Counsel is requesting a 30 day extension due to her extremely heavy caseload. For example, Counsel is responsible for drafting

dispositive briefs in 18 Federal District Court cases between December 16, 2022 and January 13, 2023. Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 21, 2022
PHILLIP A. TALBERT
United States Attorney

By /s/ Marla K. Letellier
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: December 21, 2022
UNITED DISABILITY LAWYERS GROUP

By /s/ Betty Herrera*
(*as authorized via e-mail on December 21, 2022)
BETTY HERRERA
Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 26, 2023, to file Defendant's Motion for Summary Judgment.

Dated: December 28, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE