PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARLA K. LETELLIER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4858
    Facsimile: (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYANNE CARVALHO,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-01099-CKD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended twenty-one (21) days from January 26, 2023, up to and including February 16, 2023. This is the Defendant's second request for an extension on the deadline to file her Motion for Summary Judgment.

    Defendant respectfully requests this extension due to an extremely heavy caseload. Unfortunately, Defendant has been unable to reassign this case to other counsel due to the overall heavy caseload of the office. For example, Counsel is and has been responsible for drafting dispositive briefs in 20 Federal District Court cases between January 9, 2023 and February 10,

2023. Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience and for the late filing of this stipulation.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  January 26, 2023         PHILLIP A. TALBERT
                                           United States Attorney

                           By    /s/ *Marla K. Letellier*
                                  MARLA K. LETELLIER
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

Dated:  January 26, 2023         UNITED DISABILITY LAWYERS GROUP

                           By    /s/ *Betty Herrera**
                                  (*as authorized via e-mail on January 26, 2023)
                                  BETTY HERRERA
                                  Attorney for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 16, 2023, to file Defendant's Motion for Summary Judgment.

Dated:  February 2, 2023

                                                _____
                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE